# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

STACY ORLANDO JACKSON

                                                  **PLAINTIFF**

    v.                Civil No. 5:17-cv-05206

SHERIFF TIM HELDER; KEVIN
LOCKHART, Bail Bondsman; KIM,
Bail Bondsman; MATT DURRETT,
Prosecutor; and DR. KARAS                       **DEFENDANTS**

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and has filed an application to proceed *in forma pauperis* (IFP)(ECF No. 2). Plaintiff was incarcerated at the Washington County Detention Center when he filed the Complaint.

The IFP application Plaintiff filed was incomplete. He only submitted the prison account certificate, and not the application itself. For this reason, on October 18, 2017, an Order (ECF No. 3) was entered directing Plaintiff to file a complete IFP application. The application was due on October 27, 2017. To date, Plaintiff has not filed the IFP application, nor has he sought an extension of time to file. No mail has been returned as undeliverable. Plaintiff has not otherwise communicated with the Court.

Therefore, **this case is DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this ___15th___ day of November, 2017.

                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE